**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 1, 2025, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: December 1, 2025**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 25-40542 |
| Karen A. Garcia, | |
| | Chapter 7 |
| Debtor, | |
| _____ | Adversary Proceeding No. 25-04010 |
| Karen A. Garcia, | Judge Tiiara N.A. Patton |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| U.S. Department of Education, | |
| Defendant. | |

Plaintiff, Karen A. Garcia ("Plaintiff"), and the United States Department of Education ("Education" or "Federal Defendant") (collectively the "Parties"), by their undersigned attorneys, agree as follows in this Consent Judgment:

1. WHEREAS, on May 7, 2025, Plaintiff filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Ohio for relief under Chapter 7 of the Bankruptcy Code; and

2. WHEREAS, on May 7, 2025, Plaintiff filed a complaint ("Complaint") in the instant case to determine the dischargeability of federal student loans issued to her and held by Federal Defendant under loan programs authorized under Title IV of the Higher Education Act of 1965, as amended, (Doc. 1); and

3. WHEREAS, on June 9, 2025, Federal Defendant filed an answer ("Answer"), (Doc. 5); and

4. WHEREAS, the Complaint seeks discharge of Plaintiff's federal student loans pursuant to 11 U.S.C. § 523(a)(8), because repayment would impose an undue hardship; and

5. WHEREAS, Plaintiff submitted to Education an Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans ("Attestation"); and

6. WHEREAS, only federal student loan debt incurred by Plaintiff prior to Plaintiff's bankruptcy petition date is potentially eligible for a hardship discharge; and

7. WHEREAS, Plaintiff's federal student loan amounts in this document are based on valuations on approximately September 30, 2025, but current amounts, which may differ due to accruing interest, will be used for calculating any discharge; and

8. WHEREAS, Plaintiff has prepetition federal student loan debt, including interest, of approximately $63,734.53 ("Federal Student Loan Debt"), corresponding to the prepetition federal student loans issued to Plaintiff and listed in the following table ("Federal Student Loans"):

**Plaintiff's Prepetition Federal Student Loans**
**Considered for Discharge with Balances as of 9/30/2025**

| Loan # | Original Loan Amount | Date Entered Repymt | Updated Principal | Updated Interest | Total Due (Prin. & Int.) As of 9/30/**2025** |
|---|---|---|---|---|---|
| 24 | $3099 | 2013-09-27 | $3,159.26 | $712.14 | $3,871.40 |
| 23 | $1646 | 2013-09-27 | $1,710.18 | $385.50 | $2,095.68 |
| 22 | $2333 | 2012-12-26 | $2,612.71 | $1,037.52 | $3,650.23 |
| 21 | $2240 | 2012-12-26 | $2,278.36 | $452.37 | $2,730.73 |
| 20 | $3000 | 2012-11-07 | $3,384.94 | $1,344.18 | $4,729.12 |
| 19 | $1250 | 2012-11-07 | $1,271.40 | $252.45 | $1,523.85 |
| 18 | $3000 | 2012-05-15 | $3,459.10 | $1,373.63 | $4,832.73 |
| 17 | $2250 | 2012-05-15 | $2,250.00 | $446.74 | $2,696.74 |
| 16 | $3000 | 2012-02-14 | $3,525.84 | $1,400.13 | $4,925.97 |
| 15 | $2250 | 2012-02-14 | $2,250.00 | $446.74 | $2,696.74 |
| 14 | $3000 | 2011-09-29 | $3,600.12 | $1,429.63 | $5,029.75 |
| 13 | $2250 | 2011-09-29 | $2,250.00 | $446.74 | $2,696.74 |
| 12 | $2000 | 2011-06-06 | $2,441.96 | $969.71 | $3,411.67 |
| 11 | $1750 | 2011-06-06 | $1,750.00 | $459.87 | $2,209.87 |
| 10 | $1000 | 2011-06-06 | $1,220.98 | $484.86 | $1,705.84 |
| 9 | $2000 | 2011-02-16 | $2,485.90 | $987.16 | $3,473.06 |
| 8 | $1750 | 2011-02-16 | $1,750.00 | $459.87 | $2,209.87 |
| 7 | $1000 | 2011-02-16 | $1,242.95 | $493.58 | $1,736.53 |
| 6 | $2000 | 2010-11-08 | $2,528.16 | $1,003.94 | $3,532.10 |
| 5 | $1750 | 2010-11-08 | $1,750.00 | $459.87 | $2,209.87 |
| 4 | $1000 | 2010-11-08 | $1,264.08 | $501.96 | $1,766.04 |
| 3 | $2500 | 2005-11-30 | | | |
| 2 | $2625 | 2005-09-15 | | | |
| 1 | $233 | 2005-09-15 | | | |
| **TOTALS** | | | **$48,185.94** | **$15,548.59** | **$63,734.53** |

and

9. WHEREAS, Education agrees that Plaintiff's Federal Student Loan Debt and Federal Student Loans should be discharged under 11 U.S.C. § 523(a)(8) based on the Attestation, information obtained during discovery, and current U.S. Department of Justice and Education guidelines, including the November 17, 2022, Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation; and

10. WHEREAS, Education agrees that any accrued interest on Plaintiff's Federal Student Loan Debt should be likewise discharged; and

11. WHEREAS, the Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to enter into this Consent Judgment; and

12. WHEREAS, each party agrees to bear their own fees and costs of this litigation; and

13. WHEREAS, this adversary proceeding shall be closed as all issues are settled or rendered moot; and

14. WHEREAS, jurisdiction of this case is retained to enforce this Judgment, including entering further orders that are necessary to interpret and enforce this Judgment; it is

15. **ORDERED AND ADJUDGED**, that, pursuant to 11 U.S.C. § 523(a)(8), based upon consideration of the Complaint, the stipulations contained herein, applicable guidance, and consent of the Parties, Plaintiff's Federal Student Loan Debt, plus accrued interest, of approximately $63,734.53, corresponding to Federal Student Loans 4-24, above, is hereby **DISCHARGED.**

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

/s/Rema A. Ina
Rema A. Ina (#0082549)
Assistant United States Attorney
801 West Superior Ave. Ste 400
Cleveland, Ohio 44113
P: (216) 622-3723; F: (216) 522-4982
Rema.ina@usdoj.gov

*Attorney for United States Department of Education*

/s/ Karen Garcia
Karen Ann Garcia
1 Sandy Drive, Unit B
New Middletown, Ohio 44442
kgarcia1876@gmail.com

Pro Se Plaintiff

4

<u>SERVICE INSTRUCTIONS TO THE CLERK</u>

Please serve a copy via the court's Electronic Case Filing System on the entities and individuals who are listed on the court's Electronic Mail Notice List:

Rema Ina on behalf of Education at Rema.ina@usdoj.gov


Please serve a copy via U.S. prepaid mail to:

Karen Ann Garcia
1 Sandy Drive, Unit B
New Middletown, OH 44442

***Pro Se Plaintiff***


<div style="margin-left:50%">

<u>/s/ Rema A. Ina</u>
Rema A. Ina (#0082549)
Assistant United States Attorney

</div>